17 So.2d 185

**Monroe HOLCOMB v. STATE.**
**7 Div. 788.**

Court of Appeals of Alabama.
Feb. 12, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

17 So.2d 185

**Arthur HOLLAND v. STATE.**
**6 Div. 993.**

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

17 So.2d 186

**Arthur HOLLAND v. STATE.**
**6 Div. 994.**

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

17 So.2d 186

**Lena HOLLAND v. STATE.**
**6 Div. 997.**

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

17 So.2d 186

**Lena HOLLAND v. STATE.**
**6 Div. 996.**

Court of Appeals of Alabama.
Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

19 So.2d 853

**Monroe HOLLIS v. STATE.**
**4 Div. 853.**

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.